
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| MAYNE V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5824 |
| HUCKABEE V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5825 |
| COVINGTON V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5827 |
| SIMPSON V. JANSSEN PHARMACEUTICALS, INC. | : | 16-5828 |
| BRADSHAW ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5829 |
| JETT, ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5830 |
| JEFFRIES V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5831 |
| BARRICK ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5832 |
| MAGGERD ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5833 |
| TERRY ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5834 |
| BRUNER ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5835 |
| TAPLIN V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5836 |
| AUNE V. JANSSEN PHARMACEUTICALS INC. | : | 16-5837 |
| MAHONEY ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5934 |
| COLBAUGH V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5936 |
| FORTADO V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5937 |
| RAY V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5938 |
| JORDAN V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5939 |
| HARPER V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5940 |
| STONE ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5941 |
| LAMBERT ET AL V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5942 |
| BOARD ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5943 |
| MANESS ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5945 |

| | | |
|---|---|---|
| SEAY V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5946 |
| PORTER V. JANSSEN PHARMACEUTICALS, INC. | : | 16-5947 |
| MAYFIELD ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5948 |
| CARR V. JANSSEN PHARMACEUTICALS, INC. | : | 16-5949 |
| AMBURN V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5950 |
| SANDERS V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5951 |
| RUSSELL V. JANSSEN PHARMACEUTICALS INC. ET AL. | : | 16-5952 |
| TEAGUE V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL. | : | 16-5953 |
| STEPHENS V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5954 |
| PORTNOFF V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5955 |
| THOMPSON V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5956 |
| JAMES V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5957 |
| DAVIS V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5958 |
| COOPER ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5959 |
| THATCHER ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5963 |
| THRASHER ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5964 |
| HESS V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL. | : | 16-5966 |
| MCKINNEY V. JANSSEN PHARMACEUTICALS ET AL. | : | 16-5967 |
| JONES V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5969 |
| CLARK V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5970 |
| JONES V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5971 |
| LEWIS V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5972 |
| OBERSCHMIDT V. JANSSESN PHARMACEUTICALS, INC. ET AL. | : | 16-5973 |
| MARCIANO ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5974 |
| CHERRY V. JANSSEN PHARMACEUTICALS, INC. | : | 16-5979 |

| | | |
|---|---|---|
| COOPER ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5980 |
| HARROLD V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5982 |
| CRESITELLO V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5983 |
| JOHNSON V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5984 |
| HANDJIS ET AL V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5985 |
| MILES V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5986 |
| PALACIO V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5987 |
| LOCKE V. JANSSEN PHARMACEUTICALS, INC. | : | 16-5988 |
| RITENOUR V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL. | : | 16-5990 |
| OSTER V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5995 |
| MCCUMBERS V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5996 |
| WILLIAMS ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5997 |
| CLARKSON V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5998 |
| LANDES V. JANSSEN PHARMACEUTICALS, INC. | : | 16-5999 |
| DEATON ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6000 |
| MCCHURCH ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6001 |
| CAMPBELL ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6002 |
| GUTHRIE V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6003 |
| POWE V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6004 |
| WEAR ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6005 |
| RODRIGUEZ V. JANSSEN PHARMACEUTICALS, INC. | : | 16-6006 |
| WALKER V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6007 |
| CARRINGTON V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6008 |
| MCWHORTER V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6009 |
| DOWNS V. JANSSEN PHARMACEUTICALS, INC. | : | 16-6010 |

| | | |
|---|---|---|
| THORTON V. JANSSEN PHARMACEUTICALS, INC. | : | 16-6011 |
| PETERSEN V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6012 |
| HAYHURST ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6013 |
| SUITER V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6015 |
| FRAZIER V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6016 |
| DRZYCIMSKI ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6017 |
| SHERUM V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6018 |
| MANDEL ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6019 |
| SCHIELKA ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6020 |
| HUDDLESTON ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6021 |
| FURLOW ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6023 |
| ALLEN V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6024 |
| PUCELLO ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6025 |
| PERRY V. JANSSEN PHARMACEUTICALS, INC. | : | 16-6026 |
| MARTIN V. JANSSEN PHARMACEUTICALS, INC., ET AL. | : | 16-6027 |
| WRIGHT ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6030 |
| WAGSTAFF V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6031 |
| HICKS ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6032 |
| MEDINA-JIMINEZ ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6033 |
| DINCANS V. JANSSEN PHARMACEUTICALS, INC. | : | 16-6034 |
| BUAMANN V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6035 |
| ALLEN V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6036 |
| GAY V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6037 |
| BASSETT V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL. | : | 16-6038 |
| NOTA V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6041 |

| | | |
|---|---|---|
| DEMERS ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6043 |
| PERLIS V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6046 |
| CHOATE ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-6048 |

---

**ORDER**

**AND NOW**, this 22nd day of February, 2017, upon consideration of the motions to remand filed in the above captioned cases, the response and reply thereto and in accordance with the accompanying memorandum opinion, it is hereby **ORDERED** that the motions are **DENIED**.[1]

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**Mitchell S. Goldberg, J.**

---

[1] The Plaintiff in Steiner v. Janssen Pharmaceuticals, Inc., et al., (16-5968) did not file a motion to remand.